UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| LIBERTY AUTO GLASS, INC. *et al.,* | Civil No. 06-4491 (JRT/FLN) |
| Plaintiffs, | |
| v. | |
| | **ORDER FOR DISMISSAL** |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY *et al.,* | |
| Defendants. | |

_____

Steven Weintraut and Mark Thieroff, **SIEGEL BRILL GREUPNER DUFFY & FOSTER, PA**, 100 Washington Avenue South, Suite 1300, Minneapolis, MN 55401; Charles Lloyd, **LIVGARD & LLOYD, PLLP**, 2520 University Avenue SE, Suite 2002, Minneapolis, MN 55414; Teresa Kimker, **HALLELAND LEWIS NILAN & JOHNSON, PA**, 220 South Sixth Street, Suite 600, Minneapolis, MN 55402, for plaintiffs.

Aakash Chandarana, Jason Hedican, R. Scott Davies, and Steven Wilson, **BRIGGS & MORGAN, PA,** 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402; Steven Kluz, **STOEL RIVES LLP**, 33 South Sixth Street, Suite 4200, Minneapolis, MN 55402; Steven Levy, **SONNENSCHEIN NATH & ROSENTHAL, LLP**, 233 South Wacker Drive, Suite 7800, Chicago, IL 60606**,** for defendants.

Based upon the stipulation for dismissal with prejudice submitted by all counsel of record [Docket No. 214],

**IT IS HEREBY ORDERED** that the above-captioned matter is hereby dismissed with prejudice and that each party will bear its own fees and costs.

DATED: July 2, 2009
at Minneapolis, Minnesota.

                      s/John R. Tunheim
                     JOHN R. TUNHEIM
                    United States District Judge